# Court of Appeals
# of the State of Georgia

ATLANTA, August 19, 2014

*The Court of Appeals hereby passes the following order*

**A14I0271. PMCS, INC. et al. v. FRANKLIN G. BROGDON.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

13SC3145



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, August 19, 2014.*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*